Thomas CHAVERS; Sandra Portzer; All American Roadrunners L.P.; Brazos Valley Roadrunners L.P.; Brazos Valley Carriage Company L.P., Plaintiffs–Appellants

v.

Tyrone MORROW; City of Bryan, Texas; City of College Station, Texas; Brazos County, Texas; Michael Ikner; Mr. Glen Brown; Christopher Kirk; David Watkins; Scott Hines; Karla Wiesepape; Rachel Falwell; Walters Sayers; Peter Glidewell; Randall Hall; Jeffrey Winney, Defendants–Appellees.

No. 10–20792.

United States Court of Appeals, Fifth Circuit.

Nov. 14, 2011.

Ty Clevenger, Youngkin & Burns, P.L.L.C., Bryan, TX, for Plaintiffs–Appellants.

Kevin Michael Curley, Esq., William Wayne Krueger, III, Esq., McKamie Krueger, L.L.P., Richardson, TX, Daniel F. Shank, Coats, Rose, Yale, Ryman & Lee, P.C., John William Belk, Esq., Sheiness, Scott, Grossman & Cohn, L.L.P., Houston, TX, for Defendants–Appellees.

Before SMITH, PRADO, and ELROD, Circuit Judges.

PER CURIAM: *

After having reviewed the record, studied the briefs, and heard argument, we AFFIRM the judgment of the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.